**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 24, 2025

VIA ECF
Hon. Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

The request is GRANTED. The initial pretrial conference is adjourned to June 27 at 3:30 PM. The Clerk of Court is directed to terminate the motion at Dkt. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 25, 2025

  Re: ***Gyaltsen*** v. ***Gray, et al.***, 25 Civ. 2989 (AS)

Dear Judge Subramanian:

  This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485). I write respectfully to request that the Court adjourn the initial pretrial conference presently scheduled for May 2, 2025, at 3:00 p.m., to a date after June 20, 2025, (with a corresponding extension of time for the preconference submissions). *See* ECF No. 11.

  The reason for the request is that complaint, filed on April 11, 2025, was only just recently served by mail on the government on April 21, 2025, and I was assigned to the matter earlier today, April 24, 2025. The government's answer is not due until June 20, 2025. The government needs sufficient time to obtain information from USCIS (and for USCIS to locate and obtain the relevant administrative file), analyze the allegations in the complaint and its response to those allegations, as well as to determine next steps in this matter, which would be relevant to the preconference submissions and a meaningful pretrial conference. This is the government's first request for an adjournment of the initial pretrial conference. The plaintiff consents to these requests.

  I thank the Court for its consideration of this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: *s/ Leslie A. Ramirez-Fisher*
  LESLIE A. RAMIREZ-FISHER
  Assistant United States Attorney
  86 Chambers Street, 3rd Floor
  New York, New York 10007
  Telephone: (212) 637-0378
  E-mail: leslie.ramirez-fisher@usdoj.gov
  *Attorney for Defendants*

cc: Counsel of record (via ECF)